1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ALVIN FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:11-CR-00408 LJO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | ) ) | |
| ALVIN FLORES, | ) ) | Date: April 2, 2012 Time: 8:30 A.M. |
| Defendant. | ) ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for March 12, 2012, **may be continued to April 2, 2012 at 8:30 A.M.**

This continuance is requested by counsel for the defendant.  On March 2, 2012, the Presentence Investigation Report was provided to counsel, and on March 3, 2012, the government extended a plea offer for the defendant's consideration.  The defendant is housed at the Lerdo Detention Facility; the earliest defense counsel could schedule Mr. Flores' transportation to Fresno for an attorney interview was March 14, 2012. The parties are requesting the continuance to provide the defendant an opportunity to review the PSR and proposed plea offer with his attorney prior to the hearing.  Assistant U.S. Attorney Ian Garriques is not opposed to this request.  The requested continuance will conserve time and resources for both counsel and the court.

1     The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 justice, including but not limited to, the need for the period of time set forth herein for further defense
3 preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: March 6, 2012                   By  /s/ Ian Garriques
                                              IAN GARRIQUES
                                              Assistant United States Attorney
                                              Attorney for Plaintiff


                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: March 6, 2012                   By  /s/ Marc Days
                                              MARC DAYS
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              ALVIN FLORES

## ORDER

For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   March 7, 2012**                  /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE